| 15-187 | Rishar v. Kinney Drugs | Affirmed | 9/30/15 | Cal. Civ. | 122/1216 |
|---|---|---|---|---|---|
| 15-190 | In re M.G. | Affirmed | 9/30/15 | Chit. Fam. | 122/1216 |
| 15-213 | In re M.T. | Affirmed | 9/30/15 | Frank. Fam. | 122/1216 |
| 15-227 | In re A.W. | Affirmed | 9/30/15 | Benn. Fam. | 122/1216 |
| 15-229 | In re B.S. | Affirmed | 9/30/15 | Frank. Fam. | 122/1216 |
| 15-353 | Campbell v. State | Dismissed | 10/1/15 | Benn. Civ. | 125/903 |
| 15-345 | Burke v. State | Dismissed | 10/5/15 | Orig. Juris. | 125/903 |
| 15-359 | State v. Kane | Dismissed | 10/7/15 | Benn. Crim. | 125/903 |
| 15-360 | Whiting v. Lillicrap | Dismissed | 10/7/15 | Orleans Civ. | 125/903 |
| 14-123 | In re J.P. | Reargument denied | 10/20/15 | Chit. Crim. | 125/903 |
| 15-324 | State v. Kane | Dismissed | 10/20/15 | Benn. Crim. | 125/903 |
| 15-379 | Garey v. St. Francis | Dismissed | 10/20/15 | Frank. Civ. | 125/903 |
| 14-422 | State v. Smith | Affirmed | 10/21/15 | Benn. Crim. | 125/903 |
| 15-015 | State v. Davis | Affirmed | 10/21/15 | Chit. Civ. | 125/903 |
| 15-052 | Leavitt v. Town of Brandon | Affirmed | 10/21/15 | PVR | 125/903 |
| 15-056 | State v. Snyder | Vacated | 10/21/15 | Benn. Crim. | 125/903 |
| 15-072 | Covey v. Covey | Affirmed | 10/21/15 | Orange Fam. | 125/903 |
| 15-193 | Lunde v. Batchelder | Affirmed | 10/21/15 | Lam. Civ. | 125/903 |
| 15-199 | Zarcadoolas v. DOL | Affirmed | 10/21/15 | ESB | 125/903 |
| 15-209 | William R. Sawyer-Overlake II, LLC v. Jones | Affirmed | 10/21/15 | Chit. Civ. | 125/903 |
| 15-232 | In re Rishar | Affirmed | 10/21/15 | HSB | 125/903 |
| 15-236 | Chandler v. Concord Group Insurance Co. | Affirmed | 10/21/15 | Windham Civ. | 125/903 |
| 15-239 | In re A.G. | Affirmed | 10/21/15 | Chit. Fam. | 125/903 |
| 15-241 | Van Gieson v. Town of Montgomery | Affirmed | 10/21/15 | PVR | 125/903 |
| 15-243 | In re J.L. | Affirmed | 10/21/15 | Rut. Fam. | 125/903 |
| 15-244 | In re K.B. | Affirmed | 10/21/15 | Benn. Fam. | 125/903 |
| 15-373 | State v. Nolan | Conditions of release | 10/22/15 | Chit. Crim. | 125/904 |
| 14-448 | State v. Bona | Reargument denied | 10/27/15 | Cal. Crim. | 125/904 |
| 15-150 | Tepper v. Garcia | Reargument denied | 10/27/15 | Rut. Civ. | 125/904 |
| 15-311 | Soares v. Barnet Fire District #2 | Denied | 10/27/15 | Orig. Juris. | 125/904 |
| 15-313 | State v. Codding | Dismissed | 10/27/15 | Add. Crim. | 125/904 |